UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JAMES C. WINDING (#K8115)

VERSUS

UNITED STATES COURT OF APPEALS, ET AL.

CIVIL ACTION

25-382-SDD-RLB

## RULING AND ORDER

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Richard L. Bourgeois, Jr. dated July 28, 2025, to which an *Objection*[2] was filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS ORDERED** that Plaintiff's claims against all defendants, are dismissed, with prejudice, for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

**IT IS FURTHER ORDERED** that plaintiff's pending motions (R. Docs. 3, 4, 5, 6, 7, 9, 10 and 11) are denied as moot.

**IT IS FURTHER ORDERED** that plaintiff is to submit the Court's full filing fee with any future filings, and that no future filings shall be made in this Court without first obtaining leave of court and upon a showing that all sanctions, imposed by the Fifth Circuit or any court within its jurisdiction, have been satisfied.

---

[1] Rec. Doc. 12.
[2] Rec. Doc. 15.

**IT IS FURTHER ORDERED** that this action shall be closed.

Signed in Baton Rouge, Louisiana, on this 28 day of August, 2025.

*Shelley Dick*

**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

Case 3:25-cv-00382-SDD-RLB    Document 17    08/28/25    Page 2 of 2